UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mark Fortin</u>

      v.            Civil No. 10-cv-441-JL

<u>US Social Security Administration, Commissioner</u>

O R D E R

 I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 18, 2011, no objection having been filed.

 SO ORDERED.

June 7, 2011           _____
               Joseph N. Laplante
               United States District Judge

cc: Raymond J. Kelly, Esq.
   Robert J. Rabuck, Esq.